# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMO HARRIS BANK N.A., </br></br>　　　　　Plaintiffs, </br></br>　　v. </br></br>APS TRANS INC., et al., </br></br>　　　　　Defendants. | Case No.: 1:16-cv-01776 - LJO - JLT </br></br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND DENYING WITHOUT PREJUDICE THE REQUEST FOR FEES AND COSTS |

　　　　Plaintiff BMO Harris Bank, N.A., asserts that Defendants Harbhaja Sanghera and APS Trans Inc. failed to make payments owed under three loan and security agreements, and are liable for breaches of the contracts. Defendants failed to respond to the allegations in the complaint, and Plaintiff sought default judgment against Defendants, as well as an award of fees and costs. (Doc. 10)

　　　　On May 17, 2017, the magistrate judge found the factors set forth by the Ninth Circuit, in Eitel v. McCool, 782 F.2d 1470, 1471-72 (9th Cir. 1986), weighed in favor of the entry of default judgment. (Doc. 13 at 4-7) However, the magistrate judge determined Plaintiff failed to provide adequate information for the Court to determine the reasonableness of the fees requested. (Id. at 7-8) Therefore, the magistrate judge recommended the motion for default judgment be granted, and the request for fees and costs be denied without prejudice. (Id. at 8)

　　　　The parties were given fourteen days to file any objections to the recommendation that fees and costs be awarded. (Doc. 13 at 9) In addition, they were "advised that failure to file objections within

the specified time may waive the right to appeal the District Court's order." (Id. at 6, citing Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991); Wilkerson v. Wheeler, 772 F.3d 834, 834 (9th Cir. 2014)). To date, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Findings and Recommendations dated May 17, 2017 (Doc. 13) are **ADOPTED IN FULL**;
2. Plaintiff's application for default judgment (Doc. 10) is **GRANTED**;
3. Judgment **SHALL** be entered in favor of Plaintiff BMO Harris Bank N.A. and against Defendant Harbhajan Sanghera in the amount of $**269,173.55**, plus interest in the amount of $**41,118.73** as of May 19, 2017, with additional interest accruing at the daily rate of $134.78 until the entire amount is paid;
4. Judgment **SHALL** be entered in favor of Plaintiff BMO Harris Bank N.A. and against Defendants APS Trans Inc. in the amount of $**211,722.82**, plus interest in the amount of $**32,787.03** as of May 19, 2017, with additional interest accruing at the daily rate of $105.95;
5. Plaintiff's request for attorney's fees and costs is **DENIED** without prejudice; and
6. Any motion for attorney fees and costs, with proper evidentiary support, **SHALL** be within fourteen days of the date of service of this Order.

IT IS SO ORDERED.

Dated: **June 14, 2017**   /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE