AT-138/EJ-125

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: | FOR COURT USE ONLY |
|---|---|---|

NAME: Jonathan R. Doolittle (SBN 290638); Le T. Duong (SBN 297662)
FIRM NAME: REED SMITH LLP
STREET ADDRESS: 101 2nd Street, Suite 1800
CITY: San Francisco     STATE: CA     ZIP CODE: 94105
TELEPHONE NO.: 415.543.8700     FAX NO.:
E-MAIL ADDRESS: lduong@reedsmith.com
ATTORNEY FOR (name): BMO Harris Bank N.A.

U.S.D.C. - EASTERN DISTRICT OF CA
STREET ADDRESS: 510 19th Street
MAILING ADDRESS:
CITY AND ZIP CODE: Bakersfield, CA 93301
BRANCH NAME:

PLAINTIFF BMO Harris Bank N.A.

DEFENDANT APS Trans Inc. and Harbhajan Sanghera

**APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**

[x] **ENFORCEMENT OF JUDGMENT**     [ ] **ATTACHMENT (Third Person)**
   [x] **Judgment Debtor**     [ ] **Third Person**

CASE NUMBER:
1:16-cv-01776 - LJO - JLT

## ORDER TO APPEAR FOR EXAMINATION

1.  TO (name): Harbhajan Sanghera
2.  YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
    a. [x] furnish information to aid in enforcement of a money judgment against you.
    b. [ ] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
    c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

| Date: October 5, 2018 | Time: 9:00 a.m. | Dept. or Div.: | Rm.: 200 |
|---|---|---|---|

Address of court [ ] is shown above [x] is:  Judge Jennifer L. Thurston, 510 19th Street, Suite 200, Bakersfield, CA 93301

3.  This order may be served by a sheriff, marshal, registered process server, **or** the following specially appointed person (name):

Date: 9/13/18

_Jennifer L. Thurston_
JUDGE

**This order must be served not less than 10 days before the date set for the examination.**
# IMPORTANT NOTICES ON REVERSE

## APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION

4.  [x] Original judgment creditor     [ ] Assignee of record     [ ] Plaintiff who has a right to attach order
    applies for an order requiring (name): Harbhajan Sanghera
    to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.

5.  The person to be examined is
    a. [x] the judgment debtor.
    b. [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.

6.  The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.

7.  [ ] This court is **not** the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.

8.  [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 7, 2018

Jonathan R. Doolittle
(TYPE OR PRINT NAME)

▶ /s/ JONATHAN R. DOOLITTLE
(SIGNATURE OF DECLARANT)

(Continued on reverse)     Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
AT-138/EJ-125 [Rev. January 1, 2017]

**APPLICATION AND ORDER FOR
APPEARANCE AND EXAMINATION**
(Attachment—Enforcement of Judgment)

Code of Civil Procedure,
§§ 491.110, 708.110, 708.120, 708.170
www.courts.ca.gov

AT-138/EJ-125

**Information for Judgment Creditor Regarding Service**
If you want to be able to ask the court to enforce the order on the judgment debtor or any third party, you must have a copy of the order personally served on the judgment debtor by a sheriff, marshal, registered process server, or the person appointed in item 3 of the order at least 10 calendar days before the date of the hearing, and have a proof of service filed with the court.

## IMPORTANT NOTICES ABOUT THE ORDER

### APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)

**NOTICE TO JUDGMENT DEBTOR** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

### APPEARANCE OF A THIRD PERSON (ENFORCEMENT OF JUDGMENT)

**(1) NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**(2) NOTICE TO JUDGMENT DEBTOR** The person in whose favor the judgment was entered in this action claims that the person to be examined under this order has possession or control of property that is yours or owes you a debt. This property or debt is as follows *(describe the property or debt)*:

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

### APPEARANCE OF A THIRD PERSON (ATTACHMENT)

**NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

### APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST, OR OTHER ORGANIZATION

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.

 **Request for Accommodations.** Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before your hearing. Contact the clerk's office for *Request for Accommodation* (form MC-410). (Civil Code, § 54.8.)

**APPLICATION AND ORDER FOR
APPEARANCE AND EXAMINATION**
(Attachment—Enforcement of Judgment)